# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ARSENAL INTERMEDIATE HOLDINGS, LLC *et al.*,[1] | Case No. 23-10097 (CTG) |
| Debtors. | (Jointly Administered) |

## DEBTORS' EXHIBIT LIST FOR CONFIRMATION HEARING

| Exhibit | Bates Start | Description | Date |
|---|---|---|---|
| 1 | ARSENAL_0001213 | 12/21/2022 Meeting Minutes for BR Topco authorizing appointment of CRO | 12/21/2022 |
| 2 | ARSENAL_0001099 | Email from S. Borovinskaya to D. Feldman re: BR investigation | 2/3/2023 |
| 3 | ARSENAL_0001561 | Email from S. Borovinskaya to M. King re: status of BR production and request for interviews | 2/10/2023 |
| 4 | ARSENAL_0001102 | Email from M. King to S. Beach, E. Justison, and S. Borovinskaya re: letter from Norman Chandler setting forth claims against BR | 2/27/2023 |
| 5 | ARSENAL_0001103 | Letter from Ballard Spahr (o/b/o Norman Chandler) setting forth claims against BR | 2/19/2023 |
| 6 | ARSENAL_0000895 | Email from Norman Chandler to Will Hill Tankersley re: McCain Ashurst Litigation | 8/19/2021 |
| 7 | ARSENAL_0000899 | Email from Andre Baldo to Norman Chandler re: To Do List | 9/2/2021 |
| 8 | ARSENAL_0001007 | Email from Justin Law to Jeff Southerland re: deficit collection plan | 11/23/2021 |
| 9 | ARSENAL_0001013 | Email from Rick Holmes to Patrick Wallace re: deficit collection attempt | 4/29/2022 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Arsenal Intermediate Holdings, LLC (2513), Arsenal Insurance Management, LLC (3990), and Arsenal Health, LLC (5247). The Debtors' mailing address for the purposes of these chapter 11 cases is 7027 Halcyon Park Drive, Montgomery, Alabama 36117, c/o 3H Agent Services, Inc.

30391595.1

| 10 | ARSENAL_0001015 | Letter from Iron ReHealth to Art Iron Works re: renewal of level-funded plan | 4/29/2022 |
| --- | --- | --- | --- |
| 11 | ARSENAL_0001018 | Letter from Iron Reinsurance Company to ALDA re: repayment of advancements | 6/3/2022 |
| 12 | ARSENAL_0001019 | Letter from Justin Law to ALDA re: winddown of benefit plan and collection of deficit | 6/3/2022 |
| 13 | ARSENAL_0001021 | Letter from Iron Reinsurance Company to Southern Food Service re: repayment of advancements | 6/14/2022 |
| 14 | ARSENAL_0001023 | Letter from Spain & Gillon, o/b/o Southern Foodservices, to Justin Law re: plan deficit | 6/16/2022 |
| 15 | ARSENAL_0001568 | Email from Przemek Parkitny to Britt Taylor re: deficit collection and 12/31/2021 Audit | 11/3/2022 |
| 16 | ARSENAL_0000001 | Letter from T. Katsiff (o/b/o Norman Chandler) re: Response to Direct Claim Notice | 11/17/2022 |
| 17 | ARSENAL_0000071 | Intercompany Transactions between Arsenal Insurance Management and Beyond Risk Management | 2/2/2023 |
| 18 | ARSENAL_0000409 | Plan Document and Summary Plan Description | 10/15/2020 |
| 19 | ARSENAL_0001232 | Broker Reference Guide | N/A |
| 20 | N/A | Exhibit A to Confirmation Brief (emails between Young Conaway and Ballard Spahr) | 2/21/2023 – 3/2/2023 |

[*Remainder of page intentionally left blank.*]

Dated: May 22, 2023
Wilmington, Delaware   /s/ S. Alexander Faris
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Sean M. Beach (No. 4070)
Elizabeth S. Justison (No. 5911)
S. Alexander Faris (No. 6278)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1256
Emails:   sbeach@ycst.com
         ejustison@ycst.com
         afaris@ycst.com
         sborovinskaya@ycst.com

*Counsel for the Debtors and Debtors in Possession*